UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

MONICA KARINA MAZEI, aka KARINA PUING

Defendant(s).

Case No. 1:19-cr-198

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. **Statements of Defendant**

        1. **Oral Statements (Rule 16(a)(1)(A))**

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> 3/20/19  Interview with KDPS, No. 19-003948

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by __protective order pending__ .

        2. **Written or Recorded Statements (Rule 16(a)(1)(B))**

☒ There are no written or recorded statements or grand jury testimony of defendant.

☐ There are the following written or recorded statements or grand jury testimony:

All written or recorded statements

☐ have been disclosed to defense counsel.

☐ will be disclosed to defense counsel by _____ .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia    ☐ Drug Records    ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☒ Records:    Bank records, texts, voicemail, tax info, immigration documents
  ☐ Firearms: _____
  ☒ Other:    Items seized during search of defendant's residence (see returns)

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☒ State
  ☐ Federal:
     Case No.  KDPS 19-003948   Re:   2842 Bronson Blvd
     Case No.  KDPS 19-003948   Re:   Advia CU, Kalsee CU, Consumers CU
     Case No.  _____  Re:  _____

☒ They have been made available for inspection and copying by defense counsel.
☒ Defense counsel should make arrangements with:
     SA Tom Schifini, HSI

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☒ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☐ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis        ☐ Handwriting       ☐ Fingerprints
  ☐ DNA                  ☐ Firearms/Nexus    ☐ Gun Operability
  ☐ Computer Forensics   ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

## II. <u>TRIAL</u>

A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ____2-3 days____ .

## III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

No consideration for pleas entered less than 2 weeks before Final Pretrial Conference.

Date ___August 23, 2019___          ___Nils R. Kessler___
                                     Counsel for the United States

(Rev. 03/01/2019)